IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL CASE NO.<br><br>1:14-cr-78-JEC-ECS |
| KERESA FOSTER, | |
| Defendant. | |

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [28] recommending accepting defendant's plea of guilty tendered on July 29, 2014. No objections to the Report and Recommendation [28] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [28] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Two of the Indictment.

So Ordered, this 8th day of August, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
Circuit Judge, sitting by
designation as District Judge